# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daylily Farms Inc., a Massachusetts Corporation,<br>The Bagel Authority, Inc., a Massachusetts Corporation,<br>Martha's Management, Inc., a Massachusetts Corporation, Jerry Wiener,<br>Antonio Silva dba Tropical Caterers<br>Joaquin Da Silva dba M.V. Brothers<br><br>**PLAINTIFFS**<br><br>v<br><br>Elaine L. Chao, United States Department of Labor, Employment and Training Administration,<br><br>**And**<br><br>Eduardo Aguirre, Jr., Director,<br>United States Citizenship and Immigration Services<br>United States Department of Homeland Security,<br>United States of America<br>**And**<br>Alice Sweeney, Director,<br>Division of Career Services,<br>Department of labor and Workforce Development,<br>Commonwealth of Massachusetts<br><br>**DEFENDANTS** | CIVIL ACTION NO:<br><br>**04 11002 GAO**<br><br>Granting of Plaintiffs Temporary Restraining Order and Injunctive Relief |

## PROPOSED ORDER

### GRANT OF TEMPORARY RESTRAINING ORDERS(S), NOTICE OF PRELIMINARY INJUNCTION HEARING AND SUMMONS

It appears from the specific facts set out in the Verified Complaint filed with the clerk of this Court tha immediate or irreparable loss or damage will result to the Plaintiff(s). Accordingly, at ___ o'clock ___ . M., thi _____ day of _____ 20

Defendants) and his/her/their employees and agents are ordered to proceed with the process and issuance o H2B visas

For good cause shown, I order that no security be given by the Plaintiff(s) for the issuance of these Orders.

This Temporary Restraining Order EXPIRES 10 days from the date and time it was granted, BUT IT MAY BE RENEWED in the form of a preliminary injunction. At the Plaintiffs request, a hearing to decide if a preliminary injunction should be issued has been scheduled for the ____ day of _____, 20__, at __ o'clock . M. Upon two days notice to the Plaintiff(s), the Defendant(s) may apply to the Court to dissolve o modify the Temporary Restraining Order.

Further, the Defendant(s) must answer (respond to) the Plaintiffs Complaint within 20 days of the date on which this Summons and a copy of the Complaint are received. The Answer must be in writing and must be filed with this Court and delivered to the Plaintiff(s).

Failure to do so shall result in the entry of a default judgment against the Defendants) for the relief requested in the Complaint.

Dated:                                       ------------------------------------------------------
                                             Justice