## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daylily Farms Inc., a Massachusetts Corporation, ) | |
| The Bagel Authority, Inc., a Massachusetts ) | |
| Corporation, ) | |
| Martha's Management, Inc., a Massachusetts ) | **CIVIL ACTION NO.** |
| Corporation, Jerry Wiener, ) | |
| Antonio Silva dba Tropical Caterers ) | |
| Joaquin Da Silva dba M.V. Brothers ) | |
| ) | **PURSUANT TO FRCP, RULE 65** |
| ) | |
| ) | **PLAINTIFFS ATTORNEY'S** |
| **PLAINTIFFS** ) | **EFFORTS TO GIVE DEFENDANTS** |
| ) | **NOTICE and REASONS SUPPORTING** |
| ) | **NOTICE NOT REQUIRED** |
| v ) | |
| ) | 04  11002 GAO |
| Elaine L. Chao, United States Department of Labor, ) | |
| Employment and Training Administration, ) | |
| ) | |
| **And** ) | |
| Eduardo Aguirre, Jr., Director, ) | |
| United States Citizenship and Immigration Services ) | |
| United States Department of Homeland Security, ) | |
| United States of America ) | |
| **And** ) | |
| Alice Sweeney, Director, ) | |
| Division of Career Services, ) | |
| Department of labor and Workforce Development, ) | |
| Commonwealth of Massachusetts ) | |
| ) | |
| **DEFENDANTS** ) | |

### CERTIFICATION

I, Alan R Finer, hereby certify, pursuant to Federal Rules of Civil Procedure, Rule 65, that I

made the following efforts to give notice to the Defendants and the reasons supporting claim that

notice should not be required..

Plaintiffs, through counsel, gave written and oral notice to the Defendants and/or counsel but **not as**

**required** by the Federal Rules of Civil Procedure as follows:

- On May 4, 2004, Plaintiffs' counsel wrote and faxed a letter with a copy of the complaint to

Michael Sullivan, Esquire, United States Attorney, attention to Chris Brand, attorney for

Defendants, Elaine L. Chao, United States Department of Labor, Employment and Training

Administration, United States of America (herein "Defendant DOL"), **And** Eduardo Aguirre,

Jr., Director, United States Citizenship and Immigration Services, United States Department

of Homeland Security, United States of America (herein "Defendant CIC") **notifying him**

that a Motion for a Temporary Restraining Order would be brought before this Court on May

7, 2004. Attached please find a copy of the letter and fax

- On May 5, 2004, I received a telephone call from Anita Johnson, Esquire, Assistant U.S.

  Attorney. We had a comprehensive conversation about the case, as well as, the Motion for

  Temporary Order including discussion about bringing the **Motion** forward on Friday,

  May 07, 2004.

- On May 4, 2004, Plaintiffs' counsel wrote and faxed  letters with a copy of the complaint to

  Attorney General  Thomas Reilly, attention Christine Wilson, and Robert Ganone, Esquire, Chief

  Counsel, attorneys  for Defendant Alice Sweeney, Director, Division of Career Services,

  Department of labor and Workforce Development, Commonwealth of Massachusetts (herein

  "Defendants SWA")

- On May 6, 2004, I received a telephone call from Susan Paulson, Esquire, Assistant Attorney

  General.  We had a comprehensive conversation about the case, as well as, the Motion for

  Temporary Order during which there was a discussion about bringing the **Motion** forward on

  Friday, May 07, 2004.

- The  reasons supporting the claim that notice should not be required are as follows:

  1. Issue the Temporary Restraining Order (TRO), **without notice**, due to the **exigent
     circumstances..**

     A   The Court being convinced that the Plaintiffs are and will suffer irreparable harm

     by delaying the Temporary Order until an additional 10 days notice can be given to

     the Defendants

B.  The Plaintiffs are beyond the optimum time to prepare for the season and have fallen behind in their ability to provide services.

C.  The population of Martha's Vineyard increases from the Winter Census of approximately 15,000 people to a summer Census of approximately 110,000 people.  Without the workforce provided by seasonal workers from other countries is impossible for the Plaintiffs to meet the demand.

D.  The regulatory scheme and policies of the Defendants are clearly unconstitutional and inequitable in providing preference to others in the same class and therefore there is a strong likelihood that the Plaintiffs will succeed on the merits.

E.  The Plaintiffs will suffer hardship far in excess of any the Defendants will suffer as a result of the issuance of the Temporary Restraining Order.  To the contrary, this is a situation where the Defendants will benefit from the issuance of the Temporary Restraining Order by better serving the tourism industry.

F.  The public will not suffer substantial harm into the contrary will benefit by the Temporary Restraining Order by being better served.

G.  The Plaintiffs have no adequate remedy at law.

H.  The defendants have failed to obey the presidential document-Executive Order 13272 of August 13, 2002, Proper Consideration of Small in Agency Rulemaking.

I.  The Defendants failed to conform to the Regulatory Flexibility Act Procedures

J.  The matter was unable to be filed and will be filed today on May 14, 2004 and a request for a hearing today.

K.  I have been in telephone contact with Attorney Johnson, U.S. Attorney's Office and Attorney Susan Paulson, Attorney General's Office Massachusetts and notified them of my intent, although they were unable to agree to the TRO hearing, they will be in their offices if the Court chooses to her this matter today.

L. I had further conversation or left a message on voice mail that finally I was bringing the Motion forward on May 17, 2004

Signed under the pains and penalties of perjury this 14th day of May, 2004

Alan R. Finer

## LAW OFFICE OF ALAN R. FINER

218 FRANKLIN STREET
POST OFFICE BOX 2367
VINEYARD HAVEN, MASSACHUSETTS 02568
May 4, 2004

Telephone
(508) 693-5062
Fax
(508) 693-5063

Attorney General Thomas Reilly
Commonwealth of Massachusetts
1 Ashburton Place – 20th Floor
Boston, MA

**04  11002 GAO**

Attention Christine Wilson

Re:    Daylily, et als v Elaine L. Chao, U.S. Department of Labor et als
       By fax only – (617) 727- 6016

Dear Mr. Reilly,

        I am faxing you a copy of the Complaint that I am entering in the United States
District Court for the District of Massachusetts, John Joseph Moakley, U.S. Courthouse,
1 Courthouse Way, Boston, MA  02210 on Friday morning, May 7, 2004.

        I am going to bring an emergency Temporary Restraining Order based on the
information contained in the Complaint and I hope to be heard on May 7, 2004.

        If you have any questions please call me.

                                        Sincerely,


                                        Alan R. Finer

AF/ls
enclosure

## LAW OFFICE OF ALAN R. FINER

218 FRANKLIN STREET
POST OFFICE BOX 2367
VINEYARD HAVEN, MASSACHUSETTS 02568

May 4, 2004

Telephone
(508) 693-5062
Fax
(508) 693-5063

Robert Ganone, Esquire
Chief Council
Division of Career Services
Department of Labor and Workforce Development
19 Staniford Street – 5th Floor
Boston. Massachusetts

Re:    Daylily, et als v Elaine L. Chao, U.S. Department of Labor et als
       By fax only – (617) 727-3012

Dear Mr. Ganone,

I am faxing you a copy of the Complaint that I am entering in the United States District Court for the District of Massachusetts, John Joseph Moakley, U.S. Courthouse, 1 Courthouse Way, Boston, MA  02210 on Friday morning, May 7, 2004.

I am going to bring an emergency Temporary Restraining Order based on the information contained in the Complaint and I hope to be heard on May 7, 2004.

If you have any questions please call me.

Sincerely,

Alan R. Finer

AF/ls
enclosure

## LAW OFFICE OF ALAN R. FINER

218 FRANKLIN STREET
POST OFFICE BOX 2367
VINEYARD HAVEN, MASSACHUSETTS 02568
May 6, 2004

Telephone
(508) 693-5062
Fax
(508) 693-5063

Anita Johnson, Esquire
United States Attorney's Office
Boston, MA 02210


Re:     Daylily, et als v Elaine L. Chao, U.S. Department of Labor et als
        By fax only – (617) 748-3971
        Pleadings and other information to date.

Dear Mrs Johnson,

        I am faxing you a copy of the Complaint that I am entering in the United States
District Court for the District of Massachusetts, John Joseph Moakley, U.S. Courthouse,
1 Courthouse Way, Boston, MA  02210 on Friday morning, May 7, 2004.

        I am going to bring an emergency Temporary Restraining Order based on the
information contained in the Complaint and I hope to be heard on May 7, 2004.

        If you have any questions please call me.


                                Sincerely,


                                Alan R. Finer

AF/ls
enclosure

## LAW OFFICE OF ALAN R. FINER

218 FRANKLIN STREET
POST OFFICE BOX 2367
VINEYARD HAVEN, MASSACHUSETTS 02568
May 4, 2004

Telephone
(508) 693-5062
Fax
(508) 693-5063

Michael Sullivan, Esquire
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210

Attention Chris Brand

Re:     Daylily, et als v Elaine L. Chao, U.S. Department of Labor et als
        By fax only – (617) 748-3969

Dear Mr. Sullivan,

        I am faxing you a copy of the Complaint that I am entering in the United States
District Court for the District of Massachusetts, John Joseph Moakley, U.S. Courthouse,
1 Courthouse Way, Boston, MA  02210 on Friday morning, May 7, 2004.

        I am going to bring an emergency Temporary Restraining Order based on the
information contained in the Complaint and I hope to be heard on May 7, 2004.

        If you have any questions please call me.

                                        Sincerely,


                                        Alan R. Finer

AF/ls
enclosure