THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daylily Farms Inc., a Massachusetts Corporation,<br>The Bagel Authority, Inc., a Massachusetts Corporation, Jerry Wiener,<br>Joaquin Da Silva dba M.V. Brothers Painters<br>Antonio Silva dba Tropical Caterers<br><br>**PLAINTIFFS**<br><br>v<br><br>Elaine L. Chao, United States Department of Labor,<br>Employment and Training Administration,<br><br>**And**<br>Eduardo Aguirre, Jr., Director,<br>United States Citizenship and Immigration Services<br>United States Department of Homeland Security,<br>United States of America<br>**And**<br>Alice Sweeney, Director,<br>Division of Career Services,<br>Department of labor and Workforce Development,<br>Commonwealth of Massachusetts<br><br>**DEFENDANTS** | **CIVIL ACTION NO.**<br>**04 11002 GAO**<br><br><br><br><br><br><br><br><br>**Motion To AMEND**<br>**Verified Complaint**<br>**Pursuant to FRCP, Rule 15** |

Pursuant to FRCP, Rule 15, the Plaintiffs Move to Amend their Verified Complaint.

Dated: May 20, 2004

Respectfully Submitted,

*Alan R. Finer*

Alan R. Finer
Attorney for Plaintiffs
BBO # 165460
P.O. 2367
218 Franklin Street
Vineyard Haven, MA 02568
(508) 693-5062