THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daylily Farms Inc., a Massachusetts Corporation, ) <br> The Bagel Authority, Inc., a Massachusetts ) <br> Corporation, Jerry Wiener, ) <br> Joaquin Da Silva dba M.V. Brothers Painters ) <br> Antonio Silva dba Tropical Caterers ) <br> ) <br> ) **CIVIL ACTION NO.** <br> ) **04 11002 GAO** <br> ) <br> **PLAINTIFFS** ) <br> ) <br> v ) <br> ) <br> Elaine L. Chao, United States Department of Labor, ) **Motion To AMEND (EMERGENCY)** <br> Employment and Training Administration, ) **Temporary Restraining Order and** <br> ) **Injunctive Relief (Preliminary and** <br> **And** ) **Permanent Injunction) pursuant** <br> Eduardo Aguirre, Jr., Director, ) **to Federal Rules of Civil Procedure,** <br> United States Citizenship and Immigration Services ) **Rule 15** <br> United States Department of Homeland Security, ) <br> United States of America ) <br> **And** ) <br> Alice Sweeney, Director, ) <br> Division of Career Services, ) <br> Department of labor and Workforce Development, ) <br> Commonwealth of Massachusetts ) <br> ) <br> **DEFENDANTS** ) | |

Pursuant to FRCP, Rule 15, the Plaintiffs Move to Amend their Motion for (EMERGENCY) Temporary Restraining Order and Injunctive Relief (Preliminary and Permanent Injunction).

Dated: May 20, 2004

Respectfully Submitted,

*Alan R. Finer* (signature)

Alan R. Finer
Attorney for Plaintiffs
BBO # 165460
P.O. 2367
218 Franklin Street
Vineyard Haven, MA  02568
(508) 693 -5062