UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11002-GAO

DAYLILY FARMS, INC., a Massachusetts Corporation,
THE BAGEL AUTHORITY, INC., a Massachusetts Corporation,
JERRY WEINER, JOAQUIN DA SILVA d/b/a/ M.V. BROTHERS PAINTERS,
and ANTONIO SILVA d/b/a TROPICAL CATERERS,
Plaintiffs,

v.

ELAINE L. CHAO, Secretary, United States Department of Labor,
EDUARDO AGUIRRE, Director, United States Citizenship and Immigration Services,
and ALICE SWEENEY, Director, Division of Career Services,
Massachusetts Department of Labor and Workforce Development,
Defendants.

ORDER
May 24, 2004

O'TOOLE, D.J.

The plaintiffs' motions to amend the complaint and to amend the motion for a temporary restraining order, docket nos. 4 and 6, respectively, are GRANTED. The plaintiffs' original and amended motions for a temporary restraining order and injunctive relief without notice, docket nos. 2 and 7, respectively, are DENIED. The reasons proffered by the plaintiffs in support of their motions are insufficient to warrant granting a temporary restraining order without notice before the defendants can be heard in opposition. A hearing on the injunctive relief requested is scheduled for June 9, 2004, at 2:00 p.m., Courtroom Nine, Third Floor, United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts.

It is SO ORDERED.

May 24, 2004
DATE

DISTRICT JUDGE