5-26-04
GMB

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAYLILY FARMS, INC., et al, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DEPARTMENT OF WORKFORCE )<br>DEVELOPMENT et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>04 11002 GAO |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the defendant, Alice Sweeney, Director, Division of Career Services, Department of Workforce Development.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Susan Paulson, BBO #634714
Assistant Attorney General
Government Bureau
One Ashburton Place, Rm 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2080

Date:   May 24, 2004

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand)

on   5/24/04   .

_____