UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY 27 P 12:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

DAYLILY FARMS, INC.,
a *Massachusetts Corporation*;
THE BAGEL AUTHORITY, INC.,
a *Massachusetts Corporation*;
MARTHA'S MANAGEMENT, INC.,
a *Massachusetts Corporation*;
JERRY WIENER;
ANTONIO DA SILVA, d/b/a
Tropical Caterers;
and
JOAQUIN DaSILVA, d/b/a
M.V. Brothers Painters,

        Plaintiffs

v.

ELAINE L. CHAO, United States
Department of Labor, Employment
and Training Administration,
and
EDUARDO AGUIRRE, JR., Director,
United States Citizenship and
Immigration Services,
United States Department of
Homeland Security,
United States of America
and
ALICE SWEENEY, Director,
Division of Career Services,
Department of Labor and
Workforce Development,
Commonwealth of Massachusetts,

        Defendants.

CIVIL ACTION
NO. 04-11002-GAO

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the Defendants, ELAINE L. CHAO, U.S. Department of Labor, Employment and Training

Administration, and EDUARDO AGUIRRE, JR., Director of the U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, in the above-entitled action.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: *Anita Johnson*
     Anita Johnson
     Assistant U.S. Attorney
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way - Suite 9200
     Boston, MA 02210
     (617) 748-3282

## CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon all parties of record.

This 27th day of May, 2004.

                              *Anita Johnson*
                              ANITA JOHNSON