# THE COMMONWEALTH OF MASSACHUSETTS
## DIVISION OF EMPLOYMENT AND TRAINING



EXHIBIT TO: DAYLILY FARMS, et als
DOCKET NO. 04 11002 GAO

ANGELO BUONOPANE
DIRECTOR DEPARTMENT OF
LABOR AND WORKFORCE DEVELOPMENT

JANE SWIFT
GOVERNOR

*Attorney*

*Alan Finer*

JOHN A. KING
DIRECTOR, DIVISION OF
EMPLOYMENT AND TRAINING

Date: _8-27-02_

On November 20, 1997 the National Office of the U.S. Department of Labor issued the following determination: SESA's can no longer accept Forms 750A and/or 750B that are not double-sided. A separate page for front and back will not be accepted.

1. [ ] The 750A and/or the    [ ] 750B Form(s) are not double-sided. You must provide two (2) 750A and/or two (2) 750B forms, double-sided with original signatures and dates.

2. [ ] One 750A and/or    [ ] 750B Form(s) was provided. Please provide a second copy with original signatures and dates.

3. [ ] As requested the    [ ] 750A and/or    [ ] 750B Form(s) is/are being returned for amendment(s) and/or review. The employer must initial and date all amendments.

4. [ ] The employer has not provided a Massachusetts business address. This appears to be an out-of-state case and should be filed in the state where the employer is located.

5. [ ] The alien has an active Labor Certification with the office. Case Number: _____,
   Priority Date: _____, Attorney of Record: _____
   Telephone Number: _____. For internal filing purposes only
   we have provided your application with the following Case Number: _____
   If you want to continue your Labor Certification, the attorney or employer of the duplicate
   case must submit a Withdrawal Letter or you must submit a Withdrawal Letter for your
   case.

*We are Returning all the applications is too early To file.*

If you have any questions regarding this notice, please call (617) 626-5300 and you will be connected to an appropriate Alien Labor Certification Specialist.

Sincerely,

Labor Certification Unit

*Re submit application mid. Nov. 2002
(120 days prior to the start date)*

CHARLES F. HURLEY BUILDING • 19 STANIFORD STREET • GOVERNMENT CENTER • BOSTON, MA 02114