AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | July 2, 2004 |
| NAME OF SERVER *(PRINT)* <br> Alan R. Finer | TITLE <br> Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

By certified mail (7002 0510 0000 4521 7417
Anita Johnson, Esquire, United States Attorney

☒ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 2, 2004
                    Date

*Signature of Server*

Alan R. Finer
P.O. Box 2367
Vineyard Haven, MA  02568
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

Daylily Farms Inc., a Massachusetts Corporation, The Bagel Authority, Inc., a Massachusetts Corporation, Jerry Wiener, Joaquim Da Silva dba M.V. Brothers Painters, Antonio Silva dba Tropicaal Cateres

V.

Elaine L. Chao, United States Department of Labor, Employment and Training Administration, Eduardo Aguirre, Jr., Director, United States Citizenship and Immigration Services, United States Department of Homeland Security, United States of America And Alice Sweeney, Director Division of Career Services. Department of Labor and Workforce Development, Commonwealth of Massachusetts

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11002 GAO

TO: (Name and address of Defendant)

Eduardo Aguirre, Jr., Director, United States Citizenship and Immigration Services, United States Department of Homeland Security, United States of America

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan R Finer
218 Franklin Street
Post Office Box 2367
Vineyard Haven, MA 02568

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE MAY 18 2004