AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of ~~MASSACHUSETTS~~

Daylily Farms, Inc., a Massachusetts Corporation, The Bageel Authority, Inc., a Massachusetts Copporation, Jerry Wiener, Joaquim Da Silva dba MV Brothers, Antonio Silva dba Tropical Cateres

v.

Elaine L. Chao, United States Department of Labor, Employment and Training Administration, Eduardo Aguirre, Jr., Director, United States Citizenship and Immigration Services, United States Department of Homeland Security, United States of America and Alice Sweeney, Director, Division of Career Services, Department of Labor and Workforce Deveelopment Commonwealth of Massachusetts.

**SUMMONS IN A CIVIL ACTION**

**04  11002  GAO**

CASE NUMBER:

TO: (Name and address of Defendant)

Alice Sweeney, Director, Division of Career Services,
Department of Labor and Workforce Development
Commonwealth of Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan R. Finer
218 Franklin Street
P.O. Box 2367
Vineyard Haven, Ma 02568

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAY 18 2004

CLERK                        _[signature]_

(By) DEPUTY CLERK

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>June 4, 2004 |
| NAME OF SERVER *(PRINT)*<br>Alan R. Finer | TITLE<br>Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☒ Returned unexecuted:


☒ Other (specify):

   Certified mail (7003 3110 0004 7471 7759)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 30, 2004
                  *Date*             *Signature of Server*

Alan R Finer
P.O. Box 2367
Vineyard Haven, MA   02568
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.