# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daylily Farms Inc., a Massachusetts Corporation, ) <br> The Bagel Authority, Inc., a Massachusetts ) <br> Corporation, Jerry Wiener, Joaquin Da Silva. ) <br> dba M.V Brothers Painters and Antonio Silva dba ) <br> Tropical Caterers ) <br> ) <br> **PLAINTIFFS** ) <br> ) <br> v ) <br> ) <br> Elaine L. Chao, United States Department of Labor, ) <br> Employment and Training Administration, ) <br> United States of America ) <br> **And** ) <br> Eduardo Aguirre, Jr., Director, ) <br> United States Citizenship and Immigration Services ) <br> United States Department of Homeland Security, ) <br> United States of America ) <br> **And** ) <br> Alice Sweeney, Director, ) <br> Division of Career Services, ) <br> Department of labor and Workforce Development, ) <br> Commonwealth of Massachusetts ) <br> ) <br> **DEFENDANTS** ) | **CIVIL ACTION NO.** <br> **04 11002 GAO** |

## CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT

I, Alan R. Finer, attorney for the Plaintiffs, hereby certifies that I served the Summons and Amended Complaints as follows:

On May 20, 2004, I delivered in hand, to the receptionist at the office of the United States Attorney for Assistant United States Attorney Anita Johnson, a copy of the Plaintiffs Complaint, Amended Complaint, Motion for Emergency Temporary Restraining Order and Injunctive Relief (Preliminary and Permanent Injunction) and as amended who logged in the pleadings. On July 2, 2004, I delivered a Summons and a copy of the Amended Complaint and Amended Temporary Order by certified mail to Assistant United States Attorney Anita Johnson, United States Attorney's Office, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210

On June 1, 2004, I delivered in hand, to Assistant Attorney General Susan Paulson a copy of the Plaintiffs Complaint, Amended Complaint, Motion for Emergency Temporary Restraining Order and Injunctive Relief (Preliminary and Permanent Injunction) and as amended. On July 2, 2004, I delivered a Summons and a copy of the Amended Complaint and Amended Temporary Order by certified mail to Assistant Attorney General Susan Paulson, Attorney General's Office, Room 2019, One Ashburton Place, Boston, MA 02108 – 1698,

**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT**
Page 2 of 2

On June 4, 2004, I served Alice Sweeney, Director, Division of Career Services, Massachusetts Department of Labor and Workforce Development by mailing a copy of the Summons and Amended Complaint by certified mail return receipt to One Ashburton Place, Suite 2112, Boston Massachusetts 02108.

On June 4, 2004, I served Attorney General of the United States John D. Ashcroft copies of the Summons and Amended Complaint by mailing by certified mail return receipt to the Department of Justice, 950 Pennsylvania Avenue, NW, Room 4545, Washington, DC 20530-0001

On June 4, 2004, I served Eduardo Aguirre, Director, United States Citizenship and Immigration Services a copy of the Summons and Amended Complaint by mailing by certified mail return receipt to 20 Massachusetts Avenue, NW, Washington, DC 20536

On June 4, 2004, I served Secretary Elaine Chao, Department of Labor a copy of the Summons and Amended Complaint by mailing by certified mail return receipt to 200 Constitution Avenue, NW, Room 2018, Washington, DC 20510

Signed under the pains and penalties of perjury this 2nd day of July, 2004.

_____
Alan R. Finer