THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE

2004 JUL 23 P 12: 27

| | |
|---|---|
| DAYLILY FARMS, INC., et al, ) | CIVIL ACTION NO. |
| ) | 04-11002-GAO |
| Plaintiffs, ) | DISTRICT COURT |
| v. ) | OF MASS |
| ) | |
| DEPARTMENT OF WORKFORCE ) | |
| DEVELOPMENT et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Because the plaintiffs believe that the administration of the temporary non-agriculture visas program ("H-2B visa program") is inequitable and unconstitutional, they are asking this Court to compel the defendants, the United States Department of Labor, the United States Department of Homeland Security, and the Massachusetts Department of Workforce Development, to continue processing and issuing to them H-2B visas even though the Congressionally-mandated numerical cap for such visas has already been met for fiscal year 2004. The plaintiffs contend that the defendants have discriminated against them by enforcing the U.S. Department of Labor's rule requiring the state workforce agency (here, the Massachusetts Department of Workforce Development) to return to employers requests for temporary labor certification filed more than 120 days before a worker is needed. The plaintiffs assert that this rule discriminates against them by permitting some employers to apply for temporary labor certification before others, which has allegedly prevented them from applying for their visas in time to be considered before the cap had been met.

The state workforce agency, however, acts only at the behest of the U.S. Department of

Labor with respect to its role in the administration of the H-2B visa program and has no authority to alter or amend the U.S. Department of Labor's rules regarding the processing of temporary labor certification applications. Thus, because the role of the state workforce agency in the H-2B visa program is primarily ministerial and the state workforce agency has no authority to alter or amend the rules for the administration of the H-2B visa program, to approve the plaintiffs' application for foreign labor certification, or to grant H-2B visas, the plaintiffs stipulate to the state defendant's dismissal from the case.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiffs and the state defendant, Alice Sweeney the Director for the Career Services Central Operations of the Division of Career Services in the Massachusetts Department of Workforce Development, hereby stipulate to the dismissal of the state defendant from this action, with prejudice, and without interest, costs, or attorneys' fees. All rights of appeal are waived.

Respectfully submitted,

ALICE SWEENEY, DIRECTOR,
DIVISION OF CAREER SERVICES,
DEPARTMENT OF WORKFORCE
DEVELOPMENT,

By her attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Susan Paulson, BBO #634714
Assistant Attorney General
Government Bureau
One Ashburton Place, Rm 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2080

Date: July 15, 2004

DAYLILY FARMS INC., THE BAGEL
AUTHORITY, INC., JERRY WIENER,
M.V. BROTHERS PAINTERS, AND
TROPICAL CATERERS,

By their attorney,

_____
Alan R. Finer, BBO# 165460
218 Franklin Street
Post Office Box 2367
Vineyard Haven, MA 02568
(508) 693-5062

## CERTIFICATE OF SERVICE

I, Susan Paulson, hereby certify that, on this date, I have caused copies of the Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to be served by first-class mail, postage prepaid, on the following:

Alan R. Finer, Esq.
218 Franklin Street
Post Office Box 2367
Vineyard Haven, MA 02568

Anita Johnson, Esq.
Assistant United States Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210

Signed under the pains and penalties of perjury this 15th day of July, 2004.

Susan Paulson
BBO # 634714
Assistant Attorney General

# LAW OFFICE OF ALAN R. FINER

218 FRANKLIN STREET
POST OFFICE BOX 2367
VINEYARD HAVEN, MASSACHUSETTS 02568

Telephone
(508) 693-5062

Fax
(508) 693-3681

July 21, 2004

FILED
CLERKS OFFICE

2004 JUL 23 P 12:27

U.S. DISTRICT COURT
DISTRICT OF MASS

Mr. Mark Barrett
United States District Court for the District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse away
Boston, MA 02210

**Re:   Daylily Farms Inc. et al v. Elaine L. Chao et al/Civil Action Number 04 11002 GAO**

Dear Mr. Barrett,

Please find for filing a Stipulation Dismissing the state Defendant, Alice Sweeney the Director for the Career Services Central Operations of the Division of Career Service in the Massachusetts Department of Workforce Development.

Sincerely

Alan R. Finer

AF/ed
cc:   Attorney Anita Johnson
      Attorney Susan Paulson