UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAYLILY FARMS, INC., *et al* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, United States )<br>Department of Labor, *et al*, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 04-11002-GAO |

**<u>Defendants' Assented-to Motion for Extension to File Response to Complaint</u>**

Defendants request that this Court grant them an extension of 20 days to file their response to the Complaint. Defendants anticipate filing a motion to dismiss and, due to the press of other deadlines, the undersigned's vacation, and the need for review of the pleadings by the several defendant agencies, Defendants will be unable to complete and file their memorandum by September 7, 2004.

If granted, Defendants would have the leave of the Court to file their response on or before September 27, 2004.

Counsel for Plaintiffs has assented to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_/s/ Anita Johnson_
ANITA JOHNSON
Assistant U.S. Attorney

Suite 9200
Moakley United States Courthouse
One Courthouse Way
Boston, Mass. 02210
(617)748-3282

## Certificate of Service and Rule 7.1 Conference

I hereby certify that I have served the foregoing upon Alan R. Finer, counsel for Plaintiffs, P.O. Box 2367, Vineyard Haven, Mass. 02568, by first class mail, postage prepaid, on this 31st day of August, 2004, and that I conferred with said counsel on August 30, 2004, and he assented to the motion.

*[signature: Anita Johnson]*