UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAYLILY FARMS, INC., *et al* ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | NO. 04-11002-GAO |
| ) | |
| v. ) | |
| ) | |
| ELAINE L. CHAO, United States ) | |
| Department of Labor, *et al*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT UNITED STATES'
## MOTION TO DISMISS COMPLAINT

For the reasons set forth in the accompanying memorandum, the United States requests that this Court dismiss the Complaint because there is no basis in law for the relief requested.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Anita Johnson*
ANITA JOHNSON
Assistant U.S. Attorney
Suite 9200
Moakley United States Courthouse
One Courthouse Way
Boston, Mass. 02210
617-748-3266

## Certification of Service

I hereby certify that I have served the foregoing upon Alan Feiner, counsel for Plaintiffs, by first class mail, postage prepaid, on this 27th day of September 2004.

*Anita Johnson*