THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAYLILY FARMS, INC., et al** | ) |
| | ) |
| **Plaintiffs'** | ) CIVIL ACTION NO. |
| | ) 04 11002 GAO |
| v | ) |
| | ) |
| **ELAINE L. CHAO, United States Department** | ) |
| **Of Labor, et al** | ) |
| | ) |
| **Defendants'** | ) |

**Plaintiffs' Assented-to Motion for Extension to File Response to Defendant United States' Motion to Dismiss Complaint**

Plaintiffs request that this Court grant them an extension of 20 days to file their response to the Defendants' Motion to Dismiss Complaint.

Due to the press of other deadlines, the undersigned's relocation of office and home, and the need for review of the pleadings, Plaintiffs will be unable to complete and file their response and memorandum by October 11, 2004.

If granted, Plaintiffs would have the leave of the Court to file their response on or before November 1, 2004.

Counsel for Defendants has assented to this motion.

October 8, 2004                                                  Respectfully submitted,

                                                                 /s/ Alan R. Finer
                                                                 Alan R. Finer
                                                                 Attorney for Plaintiffs
                                                                 P.O. Box 2367
                                                                 Vineyard Haven, MA  02568
                                                                 (508) 693 -5062

## Certificate of Service and Rule 7.1 Conference

I hereby certify that I have served the foregoing upon Anita Johnson, Assistant U.S. Attorney, Counsel for Defendants, Moakley United States Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210, by first class mail, postage prepaid on this 8th day of October, 2004, and that I conferred with said counsel and she assented to the motion.

Alan R. Finer