THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAYLILY FARMS, INC., et al | ) |
| | ) |
| Plaintiffs' | ) CIVIL ACTION NO. |
| | ) 04 11002 GAO |
| v | ) |
| | ) |
| ELAINE L. CHAO, United States Department | ) |
| Of Labor, et al | ) |
| | ) |
| Defendants' | ) |

**Plaintiffs' Opposition to Defendant United States' Motion to Dismiss Complaint**

The Plaintiffs request this Court to deny the Defendant, the United States', Motion to Dismiss the Plaintiffs' Complaint. The Complaint states a claim upon which relief can be granted for the reasons set forth in the accompanying memorandum.

### "REQUEST FOR ORAL ARGUMENT"

Pursuant to Local Rule 7.1(D), the Plaintiffs believe that oral argument may assist the Court and request a hearing.

Dated: November 1, 2004

Respectfully submitted,

Alan R. Finer
BBO # 165460 MA
Attorney for Plaintiffs
13 Beach Street Extension
P.O. Box 2367
Vineyard Haven, MA 02568
(508) 693 -5062

## Certificate of Service

I hereby certify that I have served the foregoing upon Anita Johnson, Assistant U.S. Attorney, Counsel for Defendants, by hand delivering a copy to her office in the Moakley United States Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210, on the 1st day of November,, 2004.

_____
Alan R. Finer