THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAYLILY FARMS, INC., et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | CIVIL ACTION |
| V. ) | NO. 04 - 11002 - GAO |
| ) | |
| ELAINE L. CHAO, United ) | |
| States, Department of Labor and ) | |
| Department of Homeland Security,) | |
| Citizenship and Immigration ) | |
| Services ) | |
| ) | |
| Defendants ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

**NOW COMES PLAINTIFFS,** Daylilly Farms, Inc, et al by and through Alan R. Finer, attorney for the Plaintiff to request under Rule 83.5.3 the admission of Anthony V. Stanco as co-counsel to argue before this Honorable Court. Attorney Stanco was of assistance in the formation of the memorandum filed before the Court. He is a member in good standing of the Massachusetts Bar.

Respectfully Submitted,

_/s/ Alan R. Finer_

Alan R. Finer, Esq.
Attorney for the Plaintiffs
B.B.O. No. 165460 - Mass.
P. O. Box 2367
Vineyard Haven, MA 02568
Phone: 508/693-5062
Fax: 508/693-3681

1

## Certification of Service

I hereby certify that I have served the foregoing upon Anita Johnson, counsel for Defendants, by personal delivery this 6st day of January, 2005.

_____
Alan R. Finer

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CERTIFICATE**

I, Anthony V. Stanco, to the best of my knowledge, information, and belief, come before the United States District Court for the District of Massachusetts and state the following facts for the purpose of admission to the Court under Rule 83.5.3.

I am an active attorney in good standing in The Commonwealth of Massachusetts.

I was admitted to the Maryland Bar in 1997, but am no longer actively practicing in the State of Maryland. I remained in good standing while there, and have never been disciplined there.

I was admitted to the Massachusetts Bar in 1999. I am in good standing. I have never been disciplined.

There are no disciplinary proceedings pending against me.

I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury,

Anthony V. Stanco
Attorney At Law
BBO #639146
P.O.Box 2689
237 State Rd.
Vineyard Haven, MA 02568