THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAYLILY FARMS, INC., et al, | ) |
| | ) CIVIL ACTION NO. |
| Plaintiffs, | ) 04 11002 GAO |
| v. | ) |
| | ) |
| DEPARTMENT OF WORKFORCE | ) |
| DEVELOPMENT et al., | ) |
| | ) |
| Defendants. | ) |

## WIDTHDRAWAL OF APPEARANCE

Please enter on the docket my Withdrawal of Appearance as counsel for the defendant, Alice Sweeney, Director, Division of Career Services, Department of Workforce Development.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Susan Paulson, BBO #634714
Assistant Attorney General
Government Bureau
One Ashburton Place, Rm 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2080

Date:      January 19, 2005