# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 DAYLILY FARMS, INC. ET AL
                    Plaintiff(s)

            v.                              CIVIL ACTION NO.   04-11002-GAO

 ELAINE L. CHAO, ETAL
                    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

 O'TOOLE          , D.J.

☐      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried
        and the jury has rendered its verdict.

X      **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
        been tried or heard and a decision has been rendered.

        **IT IS  ORDERED AND ADJUDGED**

        Pursuant to the court's Memorandum and Order, dated February 22, 2005, the defendants' motion
to dismiss the complaint for failure to state a claim upon which relief can be granted is ALLOWED.  The
action is DISMISSED WITH PREJUDICE.

                                        TONY ANASTAS,
                                        CLERK OF COURT

Dated:   2/23/05                        By   PAUL S. LYNESS
                                             Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                    [jgm.]

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 DAYLILY FARMS, INC. ET AL
                    Plaintiff(s)

                v.                                CIVIL ACTION NO.   04-11002-GAO

 ELAINE L. CHAO, ETAL
                    Defendant(s)

### JUDGMENT IN A CIVIL CASE

 O'TOOLE          , D.J.


☐      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried
       and the jury has rendered its verdict.

X      **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
       been tried or heard and a decision has been rendered.

       **IT IS  ORDERED AND ADJUDGED**

       Pursuant to the court's Memorandum and Order, dated February 22, 2005, the defendants' motion
to dismiss the complaint for failure to state a claim upon which relief can be granted is ALLOWED.  The
action is DISMISSED WITH PREJUDICE.


                                        TONY ANASTAS,
                                        CLERK OF COURT

Dated:   2/23/05                   By    PAUL S. LYNESS
                                        Deputy Clerk


(Judgment Civil.wpd - 11/98)                                        [jgm.]